**From:** Aaron Sadock <asadock@panakoslaw.com>
**Date:** December 5, 2018 at 2:01:54 PM MST
**To:**
**Subject: Re: BLL Media Inc.**

█████████ ,

We represent BLL Meida Inc. and herby demand that you and/or your representative direct any future communications to our office.  Likewise, we will address our correspondence to your representative moving forward if/when made known.  With that said, it has come to our attention that you have (i) filed a false DMCA in violation of your agreement and federal law; (ii) have directly and indirectly defamed/slandered our client by making intentional false statements to third parties including but not limited to you porn; (iii) interfered with third party contractual relationships; and (iv) breached your agreement with our client based on our records and admissions contained within your own emails.

**This email is meant to put you on notice and demand you cease and desist from any further violations of your agreement and the law.**

Any further steps taken by you including continued harassment of our client will force us to address these issues unilaterally.  Second, this email is meant to provide you the opportunity review our records (attached below) so you can direct any discrepancies/issues you may have to our office.  Based on these records it would seem many of the claims made to third parties (e.g. being under age) to you porn were in fact false.  Thus, this email is not meant to be a threat. If you so elect it is an opportunity to address any inaccuracies in our records with us directly and mitigate the damages suffered prior to either of us taking action.

Sincerely,

Aaron D. Sadock, Esq.
*Managing Attorney*

www.Panakos.law

555 West Beech Street
Suite 500
San Diego, CA 92101
O: (619) 800 - 0529
D: (619) 312 - 4125
Confidentiality & Legal Notice