AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado ▼

|  |  |
|---|---|
| Jane Doe I and Jane Doe II | ) ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| 9219-1568 Quebec, Inc., a/k/a Aylo, f/k/a MindGeek, d/b/a "Pornhub;" a foreign entity, MindGeek S.A.R.L. a foreign entity; MindGeek USA Inc., a Delaware Corporation; Michael Pratt, in his individual capacity, Matthew Wolfe in his individual capacity, Andre Garcia in his individual capacity, and Valerie Moser in her individual capacity, and GirlsDoPorn, Inc., a business entity (now dissolved); Mastercard, Inc.; Visa, Inc.; Discover Financial Services, Inc.; Feras Antoon, in his individual capacity, Co-Owner of MindGeek, David Tassillo, in his individual capacity; Theodore Gyi in his individual capacity | ) ) ) ) ) ) ) ) ) |
| _Defendant(s)_ |  |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ 9219-1568 Quebec, Inc., a/k/a Aylo, f/ka/ MindGeek, d/b/a "Pornhub"

6975 Décarie Blvd., Suite 601, Montréal Quebec, Canada H3W 0B6

MindGeek U.S.A., Inc.
2300 Empire Avenue, Burbank, CA 91504

MindGeek S.A.R.L.
32 Boulevard Royal Luxembourg City, L-2449, LU

Michael Pratt
Unknown address at this time.

Matthew Wolfe
FCI – Lompoc II
3901 Klein Blvd., Lompoc, CA 93436

Andre Garcia
FCI – Marianna
3625 FCI Road, Marianna, FL 32446

Valerie Moser
Unknown address at this time.

GirlsDoPorn, Inc.
Dissolved entity; previously located in San Diego, CA.

Mastercard, Inc.
2000 Purchase Street,

Purchase NY 10577 U.S.A.

Visa, Inc.
One Market Plaza
San Francisco, CA 94105

Discover Financial Services
2500 Lake Cook Road
Riverwoods, IL 60015

Feras Antoon
Address currently unknown.

David Tassillo
Address currently unknown.

Theodore Gyi
1299 Seaside Avenue
San Pedro, CA 90731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott C. Hammersley, Reg. No. 56617
Wadi Muhaisen, Reg. No. 34470
Muhaisen & Muhaisen, LLC
1225 17th Street
Suite 2520
Denver, CO 80202
P: (303) 872 – 0084
F: (303) 558 – 4128

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ' I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ' I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ' I returned the summons unexecuted because _____ ; or

    ' Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: