# Exhibit B

Docusign Envelope ID: 2E8CF4FD-20D4-83B9-803D-83F6B3F38FDD

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01891-STV

JANE DOE I AND JANE DOE II,

     Plaintiffs,

v.

9219-1568 QUEBEC, INC. A/K/A AYLO, F/K/A MINDGEEK,
D/B/A, "PORNHUB;" A FOREIGN ENTITY, MINDGEEK S.A.R.L.
A FOREIGN ENTITY; MINDGEEK USA INC., A DELAWARE
CORPORATION, ET AL.

     Defendants.

---

**DECLARATION OF JENNIFER CRUZ IN SUPPORT OF DEFENDANT DISCOVER
FINANCIAL SERVICES, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST
AMENDED COMPLAINT**

---

I, Jennifer Cruz, declare under penalty of perjury pursuant to 28 U.S.C. § 1745 that the following is true and correct to the best of my knowledge:

1. I am a Senior Vice President of DFS Services LLC. I have personal knowledge of the matters set forth herein.

2. The First Amended Complaint names Discover Financial Services, Inc. as a defendant. Discover Financial Services merged into Capital One Financial Corporation on May 18, 2025, and no longer exists.

3. The payment network referenced in the First Amended Complaint is operated by DFS Services LLC, a wholly owned subsidiary of Capital One Financial Corporation. Therefore, the proper defendant is DFS Services LLC.

Docusign Envelope ID: 2E8CF4FD-20D4-83B9-803D-83F6B3F38FDD

4. DFS Services LLC is a limited liability company formed under the laws of the state of Delaware.

5. DFS Services LLC has one member, Capital One Financial Corporation, which is a Delaware corporation, with its principal place of business in Virginia.

6. DFS Services LLC maintains its principal place of business in Virginia.

7. DFS Services LLC is not registered to do business in Colorado and has not appointed a registered agent for service of process in Colorado.

8. DFS Services LLC has no offices or facilities in Colorado.

9. DFS Services LLC does not have a mailing address in Colorado.

10. DFS Services LLC does not issue credit cards in Colorado or any other state.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2026.

Signed by:

*Jennifer Cruz*

9DDEDBED1C7C4B5...

Jennifer Cruz
Senior Vice President, DFS Services LLC

2